# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Abdul Mohammed,

Plaintiff(s),

v.

Prairie State Legal Services, Inc., et al.,

Defendant(s).

Case No. 18 C 4248
Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: The Court denies plaintiff's motion for leave to proceed in forma pauperis, and this action is dismissed with prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Ronald A. Guzman on a motion.

Date: 6/22/2018                    Thomas G. Bruton, Clerk of Court

/s/Imelda Saccomonto, Deputy Clerk