# IN THE UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ABDUL MOHAMMED, <br><br> PLAINTIFF <br><br> vs. <br><br> PRAIRIE STATE LEGAL SERVICES INC ET.AL <br><br> DEFENDANTS, | CASE # 18-CV-4248 <br><br> HONORABLE RONALD A. GUZMAN |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Abdul Mohammed, the Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order dismissing the Plaintiff's First Amended Complaint and also for the Motion for Preliminary Injunction Order pursuant to the Americans with Disabilities Act and also pursuant to the Rehabilitation Act of 1973, Section 504, entered in this action on June 22, 2018.

Dated: June 25, 2018

Respectfully Submitted,

/s/Abdul Mohammed
Pro Se Plaintiff
258 East Bailey Rd, Apt C,
Naperville, IL 60565

1

## **CERTIFICATE OF SERVICE**

The undersigned, Pro Se Plaintiff Abdul Mohammed, hereby certifies that on or before Monday, June 25, 2018, he filed electronically the foregoing Notice of Appeal, and that he emailed, the foregoing Notice of Appeal to the Defendants at the following Email Addresses:

servicewheaton@pslegal.org;
kobrien@pslegal.org;
mwiesman@pslegal.org;
moconnor@pslegal.org;
dwolowitz@pslegal.org;
flaggr@lsc.gov

                                                      Respectfully Submitted,

                                                      /s/Abdul Mohammed
                                                           Pro Se Plaintiff
                                              258 East Bailey Rd, Apt C,
                                                  Naperville, IL 60565