UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Abdul Mohammed
                        Plaintiff,

v.                                                Case No.: 1:18–cv–04248
                                                           Honorable Ronald A. Guzman

Kerry O'Brien, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 28, 2018:

      MINUTE entry before the Honorable Ronald A. Guzman: On June 22, 2018, the Court dismissed this action with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and denied plaintiff Abdul Mohammed's motion for leave to proceed in forma pauperis (IFP). The Court entered judgment against plaintiff on the same date. Plaintiff has appealed and moves for permission to proceed IFP on appeal. Plaintiff was not permitted to proceed IFP in this court, and his action was dismissed, because his federal claims are frivolous. Accordingly, the Court certifies that an appeal would not be taken in good faith. See Lee v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000). The motion to proceed IFP on appeal [17] is denied. See 28 U.S.C. § 1915(a)(3). Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.